PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Geoffrey Lee Bales              Case Number: 2:99CR02081-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/16/1999             Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)   Date Supervision Commenced: 9/9/2005

Original Sentence: Prison - 41 Months; TSR - 36 Months   Date Supervision Expires: 5/8/2007

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall abstain from use of illegal controlled substances and shall submit to urinalysis testing as determined by your supervising probation officer, but no more than (6) tests per month in order to confirm continued abstinence from these substances.

## CAUSE

When the offender was originally sentenced by the Court for the underlying offense of Bank Robbery, a special condition to include urine testing was ordered. When supervised release was subsequently revoked by the Court on March 20, 2005, and a term of supervised release was reimposed, a urine testing condition was not reflected on the judgement order. The offender was recently released from custody on September 9, 2005. This offender has a history of substance abuse and supervised release was previously revoked in part for use of marijuana. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. The offender has agreed to this modification and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by  [signature]

Kevin Crawford
U.S. Probation Officer
Date: October 3, 2005

Prob 12B
**Re: Bales, Geoffrey Lee
October 3, 2005
Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

10/17/05
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    Your shall abstain from use of illegal controlled substances and shall submit to urinalysis testing as determined by your supervising probation officer, but no more than (6) tests per month in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
                  Kevin Crawford                        Geoffrey Lee Bales
              U.S. Probation Officer                 Probationer or Supervised Releasee

                              October 3, 2005
                                    Date